

NUMBER 13-00-00007-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**HORIZON TRANSPORTATION, INC.,**                                    **Appellant,**

**v.**

**COUGAR TIRE SERVICE, INC.,**                                    **Appellee.**

**On appeal from the County Civil Court at Law No. 2
of Harris County, Texas.**

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on March 2, 2000, due to the bankruptcy of

one of the parties to this appeal.  *See* 11 U.S.C. § 362; *see generally* Tex. R. App. P. 8.

Since the abatement there has been no activity in this appeal.  On March 5, 2009, the

Court ordered the parties to file an advisory regarding the status of the appeal and, if

applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 9th day of April, 2009.